IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA NAVEDO, special representative of the estate of ANNA MARIE MURILLO, Plaintiff | : : : : : | No. 1:12-cv-00888 (Judge Kane) |
| v. | : : | |
| PRIMECARE MEDICAL, INC., et al., Defendants | : : : | |

# ORDER

**AND NOW**, on this 9th day of December 2013, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendants' motion for Summary Judgment (Doc. No. 36) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1. Summary Judgment is **GRANTED** as to Defendant PrimeCare, Inc. on Count One;

2. Summary Judgment is **DENIED** as to Defendants George Mosonyi and Bradley Jones on Count One;

3. Summary Judgment is **DENIED** as to Defendants PrimeCare, Inc., George Mosonyi and Bradley Jones on Count Two; and,

4. The Clerk of Court is directed to defer entering judgment until all claims are adjudicated, and is further directed to issue a new scheduling order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania