IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA NAVEDO**, special representative of the estate of **ANNA MARIE MURILLO**, Plaintiff | : : : : : | No. 1:12-cv-00888 (Judge Kane) |
| v. | : : | |
| **PRIMECARE MEDICAL, INC., et al.,** Defendants | : : | |

# ORDER

**AND NOW**, on this 14th day of April 2014, **IT IS HEREBY ORDERED THAT**

Defendant's omnibus motion in limine (Doc. No. 49) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's motion in limine to preclude Plaintiff from introducing evidence to support a lost earning capacity claim is **DENIED AS MOOT;**

2. Defendant's motion in limine to preclude Plaintiff from introducing evidence critical of Decedent's care at York Hospital during and after May 15, 2010 is **DENIED AS MOOT**;

3. Defendant's motion in limine to preclude Plaintiff from introducing expert evidence from co-Defendants regarding standard of care and causation is **DENIED AS MOOT**;

4. Defendant's motion in limine to preclude Plaintiff from introducing the videotaped statement of Decedent is **GRANTED** insofar as Plaintiff may not introduce the videotaped statements or a transcript of same. However, Plaintiff is not precluded from introducing the photographic images of Decedent contained in the video.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania